# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CRIMINAL APPEAL INFORMATION STATEMENT

**PART I -** Please type.  Attach additional pages if necessary.

SHORT CAPTION WITH IDENTITY OF APPELLANT - APPEAL FROM DISTRICT COURT

| | |
|---|---|
| U.S.C.A. Caption: | United States v. Justin David May, Appellant |
| U.S.C.A. No.: | 25-2146 & 25-2147 |
| District: | Eastern District of Pennsylvania |
| D.C. Docket No.: | 18-cr-00026-1 & 19-cr-00417-1 |
| Date Judgment: | June 13, 2025 |
| Filed Date in D.C.: | June 13, 2025 |
| Date NOA filed: | June 17, 2025 |

Is this a Cross-Appeal?   Yes ☐   No ✔

Was there a previous appeal in case?   Yes ☐   No ✔

If yes, Short Title: _____

Appeal Docket No.: _____

Citation, if reported: _____

State any other related proceedings in this Court or District Court.

PART II

Please indicate basis of appeal:
NOTE: This statement will assist the Court in case management. It is not intended to preclude presentation of issues on appeal.

☐ Bail (appeal from order granting, denying, modifying terms and conditions of bail on release on bond pending appeal)

☐ Judgment of Conviction/Commitment.

　　　☐ (A) Sentence　　☐ (B) Conviction　　☐ (C) Both

☐ Appeal will challenge only the merits of the underlying conviction.

☑ Appeal will challenge both the merits of the underlying conviction and the validity of the sentence imposed.

☐ Appeal will challenge only the validity of the sentence imposed.

This is to certify that a copy of this criminal appeal information statement was served on each party or their counsel of record this __3rd__ day of __July__, 20__25__.

/s/ Keith M. Donoghue
Signature of Counsel for Appellant

Keith M. Donoghue, Assistant Federal Defender
Name

601 Walnut Street, Suite 540 West, The Curtis, Philadelphia, PA 19106
Address, City, State & Zip Code

(215) 928-1100
Area Code & Telephone No.